# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HERD, | Case No. 1:13-cv-01639 AWI DLB PC |
| Plaintiff, | ORDER CONSTRUING MOTION AS REQUEST FOR VOLUNTARY DISMISSAL (Document 12) |
| v. | |
| MATTHEW CATE, | ORDER GRANTING PLANTIFF'S REQUEST TO VOLUNTARYILY DISMISS ACTION AND DIRECTING CLERK TO RETURN COMPLAINT |
| Defendant. | |

Plaintiff Scott Herd ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 26, 2013, and it was transferred to this Court on October 10, 2013.

On November 18, 2013, Plaintiff filed a motion in which he disagrees with the Court's decision to treat his September 26, 2013, letter as a complaint under section 1983. Plaintiff states that he had no intention of filing a section 1983 action, and that such an action would be prejudicial because it may count as a strike against him. Plaintiff requests that the Court "return his legal papers so that other/further criminal remedies can be pursued with federal prosecuting authorities."

A review of Plaintiff's September 26, 2013, letter indicates that Plaintiff intended to file a "criminal complaint" relating to alleged criminal actions at Avenal State Prison. The Court construed the letter as a complaint under section 1983 likely because a citizen, whether incarcerated not, cannot file a criminal action in federal court. Only prosecuting authorities may file a criminal

1

1 action.

2     Nonetheless, Plaintiff has made it clear that he did not intend to file a section 1983 action. Accordingly, the Court construes his motion as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).

    Therefore, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on November 18, 2013.

    The Clerk is FURTHER DIRECTED to return any original documents to Plaintiff, along with a copy of his September 26, 2013, letter and exhibits.

IT IS SO ORDERED.

Dated:   November 21, 2013                                    _____
                                                           SENIOR  DISTRICT  JUDGE